FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 29, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEVIN H.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | No: 2:21-CV-00287-LRS<br><br><br>ORDER DENYING REPORT AND RECOMMENDATION AS MOOT |

　　　BEFORE THE COURT is the Report and Recommendation filed by Magistrate Judge Goeke on November 10, 2021, recommending that Plaintiff's Complaint be dismissed without prejudice. ECF No. 7. On October 10, 2021, Magistrate Judge Rodgers found Plaintiff's Application to Proceed *In Forma Pauperis* insufficient and ordered that Plaintiff file a new and properly completed Application or pay the filing fee within 30 days. ECF No. 5. On November 28, 2021, Plaintiff paid the filing fee in full. While Judge Goeke's Report and Recommendation was certainly merited at the time it was entered, entry of a confirmation order now that the filing fee has been paid would only cause delay.

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED** that Magistrate Judge Goeke's Report and Recommendation, **ECF No. 7**, is denied as moot.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** November 29, 2021.

_____
LONNY R. SUKO
Senior United States District Judge

ORDER - 2